# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ANTHONY GRAYBOSCH,

      Plaintiff,

v.

RBUS, INC. d/b/a RED VENTURES,

      Defendant.

Case No.  1:23-cv-00394

Hon. Jane M Beckering

| Noah S. Hurwitz (P74063)<br>Brendan Childress (P85638)<br>HURWITZ LAW PLLC<br>340 Beakes St., Suite 125<br>Ann Arbor, MI 48104<br>(844) 487-9489<br>noah@hurwitzlaw.com<br>brendan@hurwitzlaw.com | Wood W. Lay (NC State Bar No. 25126)<br>Kyle J. Jacob (NC State Bar No. 60597)<br>MOORE & VAN ALLEN, PLLC<br>100 North Tryon Street, Suite 4700<br>Charlotte, NC 28202-4003<br>(704) 331-1000<br>woodlay@mvalaw.com<br>kylejacob@mvalaw.com |
|---|---|

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

It is hereby stipulated pursuant to Fed. R. Civ. P. 41(a), by and between counsel for Plaintiff Anthony Graybosch and Defendant RBUS, Inc. d/b/a/ Red Ventures, to dismiss this action with prejudice and that such dismissal will include all of the claims asserted, or which could have been asserted, by Plaintiff and against Defendant in the above-captioned action *with prejudice* and without interest, costs, or attorneys' fees to any party.

**IT IS HEREBY ORDERED** that Plaintiff's asserted claims, as well as any claims that Plaintiff could have asserted, against Defendant in the above-captioned action are hereby dismissed *with prejudice* and without interest, costs, or attorneys' fees to any party.

**IT IS SO ORDERED.**

Dated: November 6, 2023

      /s/ Jane M. Beckering
      Jane M. Beckering
      United States District Judge

Stipulated to by:

| | |
|---|---|
| */s/ Noah. S. Hurwitz (w/ permission)* | /s/ *Wood W. Lay* |
| Noah S. Hurwitz (P74063) | Wood W. Lay (NC State Bar No. 25126) |
| Brendan Childress (P85638) | Kyle J. Jacob (NC State Bar No. 60597) |
| HURWITZ LAW PLLC | MOORE & VAN ALLEN, PLLC |
| 340 Beakes St., Ste. 125 | 100 North Tryon Street, Suite 4700 |
| Ann Arbor, MI  48104 | Charlotte, NC 28202-4003 |
| (844) 847-9489 | (704) 331-1000 |
| noah@hurwitzlaw.com | woodlay@mvalaw.com |
| brendan@hurwitzlaw.com | kylejacob@mvalaw.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated: November 6, 2023